IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al<br><br>Plaintiff,<br><br>v.<br><br>GONZALEZ CONSTRUCTION CO., Inc.<br><br>Defendant. | Case No. 06 C 6226<br><br>Judge Castillo |

## *RENEWED MOTION FOR JUDGMENT BY DEFAULT*

NOW COME Plaintiffs by its attorney, Karl E. Masters, and move this Honorable Court to enter Judgment by Default in accordance with according to Rule 55(b) of the Federal Rules of Civil Procedure. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their Complaint on November 14, 2006 and Defendant was served with a copy of the Complaint and Summons on December 27, 2006.

2. As of January 31, 2007 the Defendant had failed to appear, answer or otherwise plead within the time allowed by the Federal Rules of Civil Procedure. On that date, Plaintiffs moved this Honorable Court to enter Judgment by Default in accordance with according to Rule 55(b) of the Federal Rules of Civil Procedure for Defendant's failure to appear, answer or otherwise plead (A copy of the motion and draft order presented on that date is attached hereto as **Exhibit A**).

3. At the January 31, 2007 hearing, the Defendant's principal officer, Al Gonzalez appeared on behalf of the Defendant. The Court gave the Defendant until February 14, 2007 to submit a written response to Plaintiff's Motion For Judgment by Default.

4. As of February 21, 2007, the Defendant has neither filed a formal written response to the Plaintiff's motion, nor appeared through counsel.

WHEREFORE, Plaintiffs pray:

    A.    That the Court grant the relief prayed for in the Plaintiff's January 31, 2007 Motion for Default Judgment.

                            CHICAGO REGIONAL COUNCIL OF
                            CARPENTERS PENSION FUND, et al.

                            By:   /s Karl Masters

Karl E. Masters
Whitfield & McGann
111 E. Wacker, Suite 2600
Chicago, IL 60601
312/251-9700
File N7231